# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**BRANDI SNEAD**

    **Plaintiff,**

**v.**       **No.: 3:12-0455**

**UNIVERSITY MEDICAL CENTER**      **JUDGE TRAUGER**

    **Defendant.**      **JURY DEMAND**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and gives this notice of voluntary dismissal of this action *without prejudice* to the refilling of same. Plaintiff submits that Defendant has not yet answered this suit or filed any motion for summary judgment in this cause.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

/s/ Michael L. Russell by permission Julie B. Peak
MICHAEL L. RUSSELL (20268)
Chesapeake Business Centre
1616 Westgate Circle, Suite 228
Brentwood, Tennessee 37027
Telephone: 615-467-6372
mrussell@gilbertfirm.com

**ORTALE, KELLEY, HERBERT & CRAWFORD**

/s/ Julie B. Peak
Julie Bhattacharya Peak (#20644)
200 Fourth Avenue North
Third Floor – Noel Place
P. O. Box 198985
Nashville, TN   37219
(615) 256-9999

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2012, the forgoing Notice of Voluntary Dismissal without Prejudice was electronically filed using the Court's CM/ECF system causing a notice of electronic filing to be sent to the following:

J. Scott Hickman
Michael G. Abelow
Sherrard & Roe, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
shickman@sherrardroe.com
ycantrell@sherrardroe.com

*ATTORNEYS FOR DEFENDANT*

/s/ Julie Bhattacharya Peak
Julie Bhattacharya Peak